**Bernstein & Bernstein**

P.O.Box 1727 Wheaton, MD 20902
301-593-8700

UNITED STATES DIDTRICT COURT FOR THE DISTRICT OF COLUMBIA

Case No. 1:07 CV 02098

Trial Date

Management Alternatives Inc.   Tiffany Willis et al   To : Tiffany Willis

VS.

Plaintiff(s)   Defendant(s)

The undersigned hereby certifies as follows:

1. That I am a competent private person over 18 years of age and not a party to the above action.
2. That I served upon Tiffany Willis

   Description: Race  blk   Sex  female   Hgt  5'3"   Wgt  110
   Approx. Age 45

   On the  3 rd  day of   December  , 2007  @ 9:53 pm
   1253 Eldon Street Apt. 201 Herndon Va.

By delivering and leaving with the person served a copy of each of the following:

- [X] The writ of summons issued in the above case
- [ ] Statement of claims and all supporting papers
- [X] Other complaint : motion for preliminary Injunction; points and authority; proposed order ;and order setting this matter for a preliminary injunction hearing on December 6,2007

I do solemnly declare and affirm under the penalties of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

_____
Anthony Barnes