**Bernstein & Bernstein**

P.O. Box 1727  Wheaton, MD  20902
301-593-8700

UNITED STATES DIDTRICT COURT FOR THE DISTRICT OF COLUMBIA

Case No. 1:07 CV 02098

Trial Date

Management Alternatives Inc.    Tiffany Willis et al    To: *Project Slting Group Inc*

**VS.**

Plaintiff(s)    Defendant(s)

The undersigned hereby certifies as follows:

1. That I am a competent private person over 18 years of age and not a party to the above action.
2. That I served upon *R.A. J Carlton Howard V*

   Description: Race __blk__  Sex __Male__  Hgt __5'11__  Wgt __202__  Approx. Age __45__

   On the __28th__ day of __November__, 2007 @ __3:05 pm__
   at 11350 Random Hills Road # 400 Fairfax VA

By delivering and leaving with the person served a copy of each of the following:

- ☑ The writ of summons issued in the above case
- ☐ Statement of claims and all supporting papers
- ☑ Other  complaint ; motion for preliminary injunction; points and authority; proposed order ; and order setting this matter for a preliminary injunction hearing on December 6, 2007

I do solemnly declare and affirm under the penalties of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

*[signature]*
Anthony Barnes

Notice to Court: Should any additional information be needed please contact our office at the phone number listed above