AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

**RECEIVED**
DEC 2 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Management Alternatives, Inc.

      Plaintiff(s)

vs.

Tiffany Willis, et al

      Defendant(s)

**APPEARANCE**

CASE NUMBER   1:07 CV 02098

To the Clerk of this court and all parties of record:

Please enter the appearance of __John E. Ritzert, Jr.__ as counsel in this
                                  (Attorney's Name)

case for: __Project Solutions Group, Inc.__
              (Name of party or parties)

__December 31, 2007__
Date

__#342295__
BAR IDENTIFICATION

__/s/ John E. Ritzert Jr.__
Signature

__John E. Ritzert, Jr.__
Print Name

__11350 Random Hills Road, #400__
Address

__Fairfax, Virginia   22030__
City      State      Zip Code

__(703) 934-2660__
Phone Number