# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

FILED

MAR 6 – 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MANAGEMENT ALTERNATIVES, INC.    *

     Plaintiff,    *

   *

v.    *    Civil Action No.: 07-cv-2098

   *

TIFFANY WILLIS, *et al.*    *

   *

     Defendants.    *

**************************************************************************

## STIPULATION OF DISMISSAL AND CONSENT ORDER

The parties hereto, Management Alternatives, Inc. ("Plaintiff"), and Tiffany Willis and Project Solutions Group, Inc. (together, "Defendants"), desirous of resolving their dispute and the issues between them, hereby stipulate as follow:

1. This case was commenced by Plaintiff to enforce the terms of a non-compete clause in Plaintiff's Employment Agreement with its former employee, Tiffany Willis, who is currently employed by Project Solutions, Inc. Plaintiff also claimed in the Complaint that Project Solutions Group, Inc. tortiously interfered with Plaintiff's Employment Agreement with Tiffany Willis. Plaintiff's lawsuit sought money damages as well as immediate injunctive relief.

2. Plaintiff contends that service of the Complaint and Motion for Preliminary Injunction was properly made on both Defendants by private process server, and affidavits attesting to service have been filed with the Court. Defendants deny that proper service was ever made. Notwithstanding this dispute, the parties all find it in their interest to resolve this matter.

3. The parties agree that Tiffany Willis will not perform business relocation and facility change-related services for business clients in the Washington D.C. Metropolitan area, for Project Solutions Group, Inc. or any other competitor of Management

Alternatives, Inc., until October 11, 2008, at which time the one-year non-compete term contained in Tiffany Willis' Employment Agreement with Management Alternatives, Inc. will expire and she will be free to perform any such services for any employer in the Washington, DC Metropolitan area or elsewhere;

4. Defendants Tiffany Willis and Project Solutions Group, Inc. will agree to submit to the jurisdiction of this Court for purposes of this Stipulation of Dismissal and Consent Order, including for purposes of any enforcement action required in the event of any breach of the terms set forth herein;

5. This case will be dismissed by the Court, which shall retain jurisdiction for purposes of enforcement of any violation of this Consent Order.

WE ASK FOR THIS:

Management Alternatives, Inc.


By: Philip B. Zipin, Esquire Bar #367362
The Zipin Law Firm, LLC
8403 Colesville Rd. #610
Silver Spring, MD 20910
(301) 587-9373 (ph)
(301) 587-9397 (Fax)
Email: pzipin@zipinlaw.com

Counsel for Plaintiff Management Alternatives, Inc.


Tiffany Willis, *Pro Se*
1253 Eldon Street, Apt. 201
Herndon, Virginia 20170

2

Project Solutions Group, Inc.

By: John E. Ritzert, Jr., Esquire Bar # 342295
Ritzert & Leyton, P.C.
11350 Random Hills Road, #400
Fairfax, Virginia 22030
(703) 934-2660    (ph)
(703) 934-9840    (Fax)
Email: jritzert@ritzert-leyton.com

Counsel for Defendant Project Solutions Group, Inc.

It is this 4th day of March, 2008, by the U.S. District Court for the District

of Columbia,

ORDERED, that this case shall be **DISMISSED**. And it is further

ORDERED, that the Court shall retain jurisdiction over this matter until October 11, 2008

for the purpose of enforcing any violation of the terms agreed to herein:

Judge, U.S. District Court
for the District of Columbia

3